IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 5-19CR0100-H |
| DARCI LYNN ACHTERBERG (1)<br>ROBERT ACHTERBERG (2)<br>JAMES LEE MACKEY (3)<br>MELISSA MACKEY (4)<br>JAMAR NAGLEN WILSON (5) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Make, Utter, and Possess Forged
and Counterfeited Securities of an Organization
(Violation of 18 U.S.C. § 371)

From on or about a date unknown to the grand jury, and continuing through on or about May 9, 2019, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Darci Lynn Achterberg**, **Robert Achterberg**, **James Lee Mackey**, **Melissa Mackey**, and **Jamar Naglen Wilson**, defendants, did knowingly and intentionally conspire and agree with each other, and with others known and unknown to the grand jury to commit an offense against the United States, that is, to make, utter, and possess forged and counterfeited securities of an organization, in violation of Title 18, United States Code, Section 513(a).

## Manner and Means

It was part of this conspiracy that one or more of the conspirators would, and did:

1. Steal items from the United States mail to make forged and counterfeited securities of an organization;

2. Make forged and counterfeited securities of an organization;

3. Travel to locations inside the Northern District of Texas to utter forged and counterfeited securities of an organization; and

4. Utter and possess forged and counterfeited securities of an organization.

## Overt Acts

In furtherance of this conspiracy and to effect the objects thereof, the conspirators committed, among others, the following overt acts in the Northern District of Texas and elsewhere:

The remaining counts of this indictment are hereby incorporated as overt acts of this conspiracy and of this count one.

All in violation of Title 18, United States Code, Section 371.

<u>Count Two</u>
Possession of Stolen Mail
(Violation of 18 U.S.C. § 1708)

In or about April 2019, in the Lubbock Division of the Northern District of Texas and elsewhere, **Darci Lynn Achterberg**, defendant, did unlawfully have in her possession a letter and mail, and an article and thing contained therein, to wit: a financial security in the form of a check made payable in the amount of $918.48, which had been stolen, taken, embezzled, and abstracted from a letter box and authorized depository for mail matter, defendant knowing said letter and mail to have been stolen, taken, embezzled, and abstracted from said letter box and authorized depository for mail matter.

In violation of Title 18, United States Code, Sections 1708 and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Three
Making, Uttering, and Possessing Forged Securities of an Organization
(Violation of 18 U.S.C. § 513(a))

On or about April 28, 2019, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Darci Lynn Achterberg,** defendant, did make, utter, and possess a forged security of an organization, as that term is defined in Title 18, United States Code, Section 513(c)(4), with the intent to deceive another person and organization; to wit, a check drawn on Prosperity Bank and made payable in the amount of $914.48.

In violation of Title 18, United States Code, Sections 513(a) and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7560
Facsimile:  806-472-7394
E-mail:     ann.howey@usdoj.gov

**Achterberg, et. al.,**
**Indictment - Page 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

DARCI LYNN ACHTERBERG (1)
ROBERT ACHTERBERG (2)
JAMES LEE MACKEY (3)
MELISSA MACKEY (4)
JAMAR NAGLEN WILSON (5)

INDICTMENT

COUNT 1: CONSPIRACY TO MAKE, UTTER, AND POSSESS FORGED AND COUNTERFEITED SECURITIES OF AN ORGANIZATION
Title 18, United States Code, Section 371.

COUNT 2: POSSESSION OF STOLEN MAIL
Title 18, United States Code, Section 1708.

COUNT 3: MAKING, UTTERING, AND POSSESSING FORGED SECURITIES OF AN ORGANIZATION
Title 18, United States Code, Section 513(a).
(3 COUNTS)

A true bill rendered:
Lubbock                                                            Foreperson

Filed in open court this __14th__ day of __August__, 2019.

_____ Clerk

ARREST WARRANT TO ISSUE AS TO EACH DEFENDANT

_____
UNITED STATES MAGISTRATE JUDGE

Achterberg, et. al.,
Indictment - Page 5